# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Pamado, Inc., d/b/a Central Beverage Company

**DEFENDANTS**
Hedinger Brands, LLC

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gozdecki & Del Giudice, LLP
221 N. LaSalle Street, Suite 2200
Chicago, IL 60601  (312) 782-5010

Attorneys (If Known)
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606  (312) 357-1313

## II. BASIS OF JURISDICTION
[X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)
- Citizen of This State: PTF [X] 1 / DEF [ ] 1
- Incorporated or Principal Place of Business In This State: PTF [X] 4 / DEF [ ] 4
- Citizen of Another State: PTF [ ] 2 / DEF [X] 2
- Incorporated and Principal Place of Business In Another State: PTF [ ] 5 / DEF [X] 5

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 U.S.C. Sections 1441 and 1446 - removal of breach of contract action.

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 171,000
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 2/25/08