IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMADO, INC., d/b/a CENTRAL BEVERAGE COMPANY, an Illinois corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>HEDINGER BRANDS, LLC, an Indiana limited liability company,<br><br>                    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 1146<br><br>Judge Dow<br><br>Magistrate Judge Ashman<br><br>Removed from the Circuit Court of Cook County, Illinois, Law Division<br>Case No. 08 L 000646 |

DISCLOSURE STATEMENT OF
DEFENDANT HEDINGER BRANDS, LLC

Defendant, Hedinger Brands, LLC ("Hedinger"), by its attorneys, Barnes & Thornburg LLP, pursuant to Fed. R. Civ. P. 7.1(a) and United States District Court for the Northern District of Illinois, Eastern Division, Local Rule 3.2, makes the following disclosure statement:

1.    Hedinger has no parent corporation and no publicly held company owns 10 percent or more of Hedinger's stock.

2.    Hedinger is an Indiana limited liability company. Its sole member is Keith Hedinger, who is a citizen and resident of Indiana.

                    Respectfully submitted,

                    HEDINGER BRANDS, LLC

Jonathan P. Froemel
James E. Michel                    By: s/ Jonathan P. Froemel
BARNES & THORNBURG LLP                    One of Its Attorneys
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone:  (312) 357-1313
Facsimile:  (312) 759-5646

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was filed electronically this 3rd day of March, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Richard A. Del Giudice, Esq.
        Earl E. Farkas, Esq.
        David N. Pruitt, Esq.
        GOZDECKI & DEL GIUDICE, LLP
        221 North LaSalle Street
        Suite 2200
        Chicago, IL  60601

                              s/ Jonathan P. Froemel
                              Jonathan P. Froemel

CHDS01 448791v2