UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMADO, INC., d/b/a CENTRAL BEVERAGE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEDINGER BRANDS, LLC, an Indiana limited liability company,<br><br>Defendant. | Case No. 08 C 1146<br><br>Judge Dow<br><br>Magistrate Judge Ashman |

**HEDINGER BRANDS' MOTION FOR SUMMARY JUDGMENT**

Defendant, Hedinger Brands, LLC ("Hedinger Brands"), by its attorneys, pursuant to Federal Rule of Civil Procedure 56(a), moves for summary judgment on Pamado, Inc.'s ("Central Beverage") Complaint due to Central Beverage's failure to raise a genuine issue of material fact. In support of this Motion, Hedinger Brands states as follows:

1. On January 18, 2008, Central Beverage filed a Complaint against Hedinger Brands. In its Complaint, Central Beverage alleged that Hedinger Brands breached the Trademark License and Distribution Agreement ("Agreement") between the parties by selling products to chain stores in Central Beverage's territory, and by failing to pay Central Beverage post-termination compensation under the Agreement as a result of Hedinger Brands' purported termination without cause.

2. As discussed in detail in Hedinger Brands' supporting Memorandum (filed herewith), and as supported by Hedinger Brands' Local Rule 56 Statement of Undisputed Facts (also filed herewith), Hedinger Brands is entitled to summary judgment on the allegations contained in Central Beverage's Complaint.

3. Initially, the Agreement explicitly allowed Hedinger Brands to terminate the relationship between the parties if Central Beverage failed to pay a supplier. In this case, Central Beverage failed to pay Royal Crown Bottling Company of Evansville, Indiana.

4. Further, the Agreement specifically provided that Hedinger Brands reserved the right to sell to National Account Customers such as Jewel/Osco in the territory assigned to Central Beverage.

5. As there are no genuine issues of material fact with respect to these issues, summary judgment should be granted to Hedinger Brands on all the claims raised by Central Beverage.

WHEREFORE, Hedinger Brands prays that the Court grant its Motion for Summary Judgment, dismiss Central Beverage's Complaint with prejudice, and award Hedinger Brands all other appropriate relief.

Dated: July 10, 2008

**BARNES & THORNBURG LLP**

By: /s/ Jonathan P. Froemel
**DWIGHT D. LUECK**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
[Pro hac vice]

**JONATHAN P. FROEMEL**
**JAMES E. MICHEL**
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Attorneys for Defendant,
**HEDINGER BRANDS, LLC**

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **Hedinger Brands'** **Motion for summary Judgment** was served via the Court's electronic filing system this 10th day of July, 2008, on the following counsel:

>Richard A. Del Giudice, Esq.
>Earl E. Farkas, Esq.
>David N. Pruitt, Esq.
>GOZDECKI & DEL GIUDICE, LLP
>221 North LaSalle Street
>Suite 2200
>Chicago, IL  60601

/s/ James E. Michel

CH 473330