UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMADO, INC., d/b/a CENTRAL BEVERAGE COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>v.<br><br>HEDINGER BRANDS, LLC, an Indiana limited liability company,<br><br>        Defendant. | Case No. 08 C 1146<br><br>Judge Dow<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

TO:   Richard A. Del Giudice
        Earl E. Farkas
        David N. Pruitt
        **Gozdecki & Del Giudice, LLP**
        221 N. LaSalle Street, Suite 2200
        Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Wednesday, July 16, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Robert M. Dow, Jr. in Courtroom 1919 of the Dirksen Federal Courthouse located at 219 S. Dearborn Street, Chicago, Illinois and present **Hedinger Brands' Motion for Summary Judgment**, a copy of which is hereby served on you via the Court's electronic filing system.

                                                  **HEDINGER BRANDS, LLC**

                                                  By: /s/ Jonathan P. Froemel
                                                         One of Its Attorneys

**BARNES & THORNBURG LLP**

By: /s/ Jonathan P. Froemel
**DWIGHT D. LUECK**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
[Pro hac vice]

**JONATHAN P. FROEMEL**
**JAMES E. MICHEL**
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Attorneys for Defendant,
**HEDINGER BRANDS, LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing **Notice of Motion** and **Hedinger Brands' Motion for Summary Judgment**, to be served on you via the Court's electronic filing system this 10th day of July, 2008, upon the following counsel:

> Richard A. Del Giudice
> Earl E. Farkas
> David N. Pruitt
> **Gozdecki & Del Giudice, LLP**
> 221 N. LaSalle Street, Suite 2200
> Chicago, Illinois 60601

/s/ Jonathan P. Froemel

CHDS01 JMICHEL 473382v1