# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Pamado, Inc.
                     Plaintiff,

v.                                            Case No.: 1:08–cv–01146
                                                      Honorable Robert M. Dow Jr.

Hedinger Brands, LLC
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION for summary judgment [17] is entered and continued generally. Fact discovery cutoff date of 8/31/08 is stricken. Status hearing date of 7/30/08 is stricken and Status hearing reset for 9/17/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.