IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAMADO, INC., d/b/a CENTRAL BEVERAGE COMPANY, an Illinois corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>HEDINGER BRANDS, LLC, an Indiana limited liability company,<br><br>    Defendant-Counterplaintiff. | Case No. 08 C 1146<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Ashman |

## AGREED MOTION FOR LEAVE TO ENTER STIPULATED PROTECTIVE ORDER

Defendant, Hedinger Brands, LLC ("Hedinger"), by its attorneys, and through agreement with Pamado, Inc., d/b/a Central Beverage Company ("Central Beverage"), by and through its attorneys, moves the Court to enter the attached Stipulated Protective Order and in support states:

    1.    The pending lawsuit concerns disputes between Hedinger and Central Beverage (collectively, the "Parties," and each individually a "Party"). Central Beverage is a former distributor of products licensed by Hedinger.

    2.    The Parties anticipate, based on the written discovery already served in this case and on the nature of the lawsuit that each Party will, during the course of the litigation, be required to disclose to the other Party confidential information, which maintains an independent economic benefit by not being known to the general public or competitors.

3. The Parties respectfully request the Court approve and enter the Stipulated Protective Order attached hereto as Exhibit A.

WHEREFORE, the Parties respectfully request that the Court enter and approve the attached Stipulated Protective Order.

By: /s/ Jonathan P. Froemel                     By: /s/ Earl Farkas by JPF

Dwight D. Lueck
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
[Pro hac vice]

Jonathan P. Froemel
James E. Michel
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Attorneys for Defendant, Hedinger Brands, LLC

Richard A. Del Giudice (ARDC #6190103)
Earl E. Farkas (ARDC #6220308)
John K. Burnett III (ARDC # 6285845)
GOZDECKI & DEL GIUDICE, LLP
221 North LaSalle Street
Suite 2200
Chicago, IL 60601

Telephone: (312) 782-5010

Facsimile: (312) 782-4324

Attorneys for Plaintiff Pamado, Inc. d/b/a Central Beverage Company

Dated: September 10, 2008.

496840