IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAMADO, INC., d/b/a CENTRAL BEVERAGE COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>v.<br><br>HEDINGER BRANDS, LLC, an Indiana limited liability company,<br><br>　　　　Defendant-Counterplaintiff. | Case No. 08 C 1146<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Ashman |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that we shall appear before the Honorable Judge Robert M. Dow, Jr. on September 17, 2008 at 9:00am or as soon thereafter as shall be heard and then and there present the AGREED MOTION FOR LEAVE TO ENTER STIPULATED PROTECTIVE ORDER.

Respectfully submitted,

By: _/s/ Jonathan P. Froemel_
Dwight D. Lueck
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
[Pro hac vice]

Jonathan P. Froemel
James E. Michel
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

CHDS01 JWF 496870v1

## CERTIFICATE OF SERVICE

I, Jonathan P. Froemel, certify that a copy of AGREED MOTION FOR LEAVE TO ENTER STIPULATED PROTECTIVE ORDER was served via email and U.S. Mail, postage prepaid, upon:

> Richard A. Del Giudice (ARDC #6190103)
> Earl E. Farkas (ARDC #6220308)
> John K. Burnett III (ARDC # 6285845)
> GOZDECKI & DEL GIUDICE, LLP
> 221 North LaSalle Street
> Suite 2200
> Chicago, IL  60601

this 10th day of September, 2008.

_____
Jonathan P. Froemel